COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
(337) 433-9403

## NOT DESIGNATED FOR PUBLICATION

Annette Fuller Roach
Louisiana Appellate Project
P. O. Box 1747
Lake Charles LA 70602-1747

Wilford B. Vangure
Louisiana State Penitentiary DOC No. 472801
CBC #13 L/R
Angola LA 70712

**REHEARING ACTION: July 9, 2014**

**Docket Number: 14   00119-KA consolidated with 118-KA**

**STATE OF LOUISIANA
VERSUS
WILFORD B. VANGURE
AKA WILFRED VANGURE
AKA WILFRED B. VANGURE**

**Appealed from Lafayette Parish Case No. CR122085, CR121534**

**BEFORE JUDGES:**

   **Hon. Jimmie C. Peters
   Hon. Marc T. Amy
   Hon. Elizabeth A. Pickett**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Wilford B. Vangure** has this day been

   **DENIED.**

cc: Michael Harson, Counsel for the Appellee
    James Nathan Prather, Jr., Counsel for the Appellee